UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD J. ALLISON,

    Plaintiff(s),

v.

ENTERPRISE RENTAL CAR AT L.V. INTL AIRPORT,

    Defendant(s).

Case No. 2:22-cv-00268-GMN-NJK

**REPORT AND RECOMMENDATION**

    Plaintiff initiated this case without paying the required fee or filing an application to proceed *in forma pauperis*. Docket No. 1. On March 10, 2022, the Court ordered Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* by April 7, 2022. Docket No. 3. The Court warned that "[f]ailure to comply will result in a recommendation to the District Judge that this case be dismissed." *Id.* at 2. Notwithstanding that warning, Plaintiff did not comply.

    This case cannot proceed without Plaintiff either paying the filing fee or filing a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1914(a); *see also* 28 U.S.C. § 1915(a). Having refused to do either in this case, Plaintiff's complaint is subject to dismissal. *E.g.*, *Desai v. Biden*, 2021 WL 38169, at *1 (E.D. Cal. Jan. 5, 2021), *adopted*, 2021 WL 276236 (E.D. Cal. Jan. 27, 2021).

    Moreover, Plaintiff's refusal to comply with the Court's order is an abusive litigation practice that has interfered with the Court's ability to hear this case, delayed litigation, disrupted the Court's timely management of its docket, wasted judicial resources, and threatened the integrity of the Court's orders and the orderly administration of justice. Sanctions less drastic than dismissal are unavailable because Plaintiff has refused to comply with the order of this Court notwithstanding the warning that case-dispositive sanctions may be imposed.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: April 20, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

### NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).