UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD ALLISON, )<br>)<br>            Plaintiff, )<br>vs. )<br>)<br>ENTERPRISE RENTAL CAR AT L.V. INTL )<br>AIRPORT, )<br>)<br>            Defendant. )<br>) | Case No.: 2:22-cv-00268-GMN-NJK<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Nancy J. Koppe, (ECF No. 4), which recommends that the case be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id*. The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so, May 4, 2022, has passed. (*See* Report and Recommendation, ECF No. 4).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is **ACCEPTED AND ADOPTED in full**.

**IT IS FURTHER ORDERED** that the case is **DISMISSED without prejudice**.

The Clerk of Court shall close the case accordingly.

**DATED** this ___9___ day of May, 2022.

_____
Gloria M. Navarro, District Judge
United States District Court